UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. ASHE,<br><br>              Plaintiff,<br><br>       v.<br><br>NICE SYSTEMS, INC., a Delaware Corporation and DOES 1-100, Inclusive,<br><br>              Defendants. | Case Number: 3:24-cv-07960-RS<br><br>Hon. Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>State Court Case filed: 09/10/2024<br>Removed: 11/12/2024 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: ___April 17_____, 2026

_____
HON. RICHARD SEEBORG
Chief United States District Judge

---

*ASHE v. NICE SYSTEMS, Inc., et al.*                                    Case No. 3:24-cv-07960-RS
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER